**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Helen M. Shiffler                          CHAPTER 13

Debtor(s)

BKY. NO. 23-10625 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

      Kindly enter my appearance on behalf of The Bank of New York Mellon FKA The Bank Of New York, As Trustee for the Benefit Of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1 and index same on the master mailing list.

      Respectfully submitted,

/s/ Mark A. Cronin

Mark Cronin
30 May 2023, 12:06:34, EDT

      KML Law Group, P.C.
      701 Market Street, Suite 5000
      Philadelphia, PA 19106-1532
      (215) 627-1322