**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re:

                                      Chapter 13

                                      Bankruptcy No. 23-10625-MDC

HELEN M. SHIFFLER

2624 CEDAR STREET

PHILADELPHIA, PA 19125

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    HELEN M. SHIFFLER

    2624 CEDAR STREET

    PHILADELPHIA, PA 19125

Counsel for debtor(s), by electronic notice only.

    BRADLY E ALLEN ESQ
    7711 CASTOR AVE

    PHILADELPHIA,, PA 19152-

Date: 7/20/2023                                  /S/ Kenneth E. West
                                                             _____
                                                            Kenneth E. West, Esquire
                                                            Chapter 13 Standing Trustee