United States Bankruptcy Court

Eastern District of Pennsylvania

In re:
                                                                                          Case No. 23-10625-mdc

Helen M. Shiffler
                                                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Nov 14, 2023 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol       Definition**

+              Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 16, 2023:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Helen M. Shiffler, 2624 Cedar Street, Philadelphia, PA 19125-2333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 16, 2023                    Signature:         /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 14, 2023 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRADLY E ALLEN | on behalf of Debtor Helen M. Shiffler bealaw@verizon.net |
| BRIAN CRAIG NICHOLAS | on behalf of Creditor The Bank of New York Mellon FKA The Bank Of New York  As Trustee for the Benefit Of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1 bnicholas@kmllawgroup.com, bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor The Bank of New York Mellon FKA The Bank Of New York  As Trustee for the Benefit Of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1 bkgroup@kmllawgroup.com |
| MEGAN N. HARPER | on behalf of Creditor City of Philadelphia megan.harper@phila.gov  Edelyne.Jean-Baptiste@Phila.gov |

District/off: 0313-2                          User: admin                                    Page 2 of 2
Date Rcvd: Nov 14, 2023                       Form ID: pdf900                           Total Noticed: 1

United States Trustee
                         USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------x
In re:                                    :
                                          :       Chapter 13
HELEN M. SHIFFLER,                        :
                                          :       Case No. 23-10625 (MDC)
            Debtor.                       :
-------------------------------------------------x
```

### STIPULATION AND ORDER REGARDING
### THE CITY OF PHILADELPHIA'S PROOF OF CLAIM NO. 8-2

Helen M. Shiffler (the "Debtor") and the City of Philadelphia (the "City") hereby agree

to this Stipulation and Order regarding the City's proof of claim no. 7-1.

WHEREAS, the Debtor commenced the above-captioned bankruptcy case on March 3,

2023;

WHEREAS, on August 9, 2023, the City filed a proof of claim in the amount of Twenty-

Thousand Six Hundred Eleven Dollars ($20,611.00) (the "Claim");

WHEREAS, the Claim includes judgments for non-filed business taxes (CE-08-02-73-

2546, CE-08-03-73-0312, CE-08-04-74-0108 and CE-08-09-74-0324,) totaling Twenty

Thousand Three Hundred Forty-Three Dollars ($20,343.00) (the "Judgments");

WHEREAS, after the Judgments were entered, the Debtor filed the missing tax returns;

NOW, THEREFORE, in consideration of the background set forth above and the terms

and conditions of this Stipulation as more fully set forth below, the Debtor and the City

(collectively referred to as the "Parties") agree to be bound and do hereby stipulate as follows:

1.      The Parties agree the Judgments shall be reduced to Two Thousand Three

Hundred Forty-Three Dollars ($2,343.00);

2.      Within ten (10) days of this Stipulation receiving approval by this Honorable Court, the City shall amend the Claim to reflect the adjustments noted in paragraph 1 (the "Amended Claim").

3.      Within ten (10) days of the City filing its Amended Claim, the Debtor shall amend his Plan to provide for payment in full of the City's Amended Claim, including post-petition interest.

4.      The terms of this Stipulation shall not be binding upon the City should this case be dismissed or converted to a case under Chapter 7 of the Bankruptcy Code.

Respectfully submitted,

Date:   10/9/23

Bradly E. Allen, Esq.
For the Debtor

Date:   10/10/2023

Megan N. Harper, Esq.
Senior Attorney
For the City of Philadelphia

Trustee has no objection to the Stipulation terms, without prejudice to any of our rights and remedies:

Date:   November 11, 2023        /s/ LeeAne O. Huggins

Kenneth E. West, Esq
Chapter 13 Standing Trustee

AND NOW, this 14th day of November, 2023, upon consideration of the Stipulation between Cynthia L. Rabb and the City of Philadelphia, it is hereby ORDERED that the Stipulation is approved.

MAGDELINE D. COLEMAN
U.S. BANKRUPTCY JUDGE

2