# United States Bankruptcy Court
### Eastern District of Pennsylvania

In re  **HELEN M SHIFFLER**                                        Case No.  **23-10625/mdc**
                                    Debtor                                    Chapter  **13**

## CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2023 a copy of the Third Amended Chapter 13 Plan was served electronically or by regular United States mail to the Trustee and creditors listed below.

Helen Shiffler
2624 Cedar Street
Philadelphia, PA 19125

PA Dept. of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-0946

IRS
PO Box 7346
Philadelphia, PA 19101-7346

Verizon
by American InfoSource
4515 N. Santa Fe Ave.
Oklahoma City, OK 73118

PGW
800 W. Montgomery Ave.
Philadelphia, PA 19122

Water Revenue Bureau
c/o City of Philadelphia Law Dept.
Bankruptcy Group
1401 JFK Blvd. 5th Floor
Philadelphia, PA 19102-1595

NewRez, LLC dba Shellpoint Mortgage Servicing
Bankruptcy Dept.
PO Box 10826
Greenville, SC 29603-0826

Electronic notice:

Mark A. Cronin on behalf of
The Bank of New York

Brian Craig Nicholas on behalf of
The Bank of New York

Megan N. Harper
on behalf of City of Philadelphia

Kenneth E. West, Chapter 13 Trustee

U.S. Trustee

**s/ Bradly E. Allen, Esquire**

**Bradly E. Allen
7711 Castor Avenue
Philadelphia, PA 19152
215-725-4242Fax:215-725-8288
bealaw@verizon.net**