**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

**IN RE: Helen M. Shiffler**

                **Debtor**

**The Bank of New York Mellon FKA The Bank Of
New York, As Trustee for the Benefit Of The
Certificateholders of The CWABS Inc., Asset-Backed
Certificates, Series 2007-SD1**

                **Movant**

      **vs.**

**Helen M. Shiffler
Kenneth E. West, Trustee**

                **Respondents**

**CHAPTER 13**

**NO.** 23-10625 MDC

## ORDER

Upon consideration of the Objection to Confirmation of the Chapter 13 Plan filed by The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Benefit of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1, it is **Ordered** and **Decreed** that confirmation is **denied**.

_____
Bankruptcy Judge