# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **IN RE: Helen M. Shiffler**<br>　　　　　　　　　**Debtor**<br><br>**The Bank of New York Mellon FKA The Bank Of New York, As Trustee for the Benefit Of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1**<br>　　　　　　　　　**Movant**<br>　　　　**vs.**<br><br>**Helen M. Shiffler**<br>**Kenneth E. West, Trustee**<br>　　　　　　　　　**Respondents** | CHAPTER 13<br>BK. NO. 23-10625 MDC |

## CERTIFICATION OF SERVICE

　　　　I, the undersigned, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **January 16, 2024**.

**Chapter 13 Trustee**
Kenneth E. West, Trustee
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

**Attorney for Debtor**
Bradly E. Allen, Esquire
7711 Castor Avenue, (VIA ECF)
Philadelphia, PA 19152

**Debtor**
Helen M. Shiffler
2624 Cedar Street (VIA U.S. MAIL)
Philadelphia, PA 19125

Date: January 16, 2024

　　　　　　　　　　　　　　　　By: **/s/Denise Carlon**
　　　　　　　　　　　　　　　　　　　Denise Carlon, Esquire
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　The Lits Building
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA 19106
　　　　　　　　　　　　　　　　　　　215-627-1322
　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant