IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
-------------------------------------------------------x
In re:                                            :
                                                  :     Chapter 13
        HELEN M. SHIFFLER,                        :
                                                  :     Case No. 23-10625 (AMC)
                Debtor.                           :
-------------------------------------------------------x
```

**PRAECIPE TO WITHDRAW DOCUMENT**

TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the City of Philadelphia's Objection to Confirmation of Plan filed on August 17, 2023 [Docket No. 36].

                Respectfully submitted,

                THE CITY OF PHILADELPHIA

Dated: April 16, 2024        By:    */s/ Megan N. Harper*
                                            MEGAN N. HARPER
                                            Senior Attorney
                                            PA Attorney I.D. 81669
                                            Attorney for the City of Philadelphia
                                            City of Philadelphia Law Department
                                            Municipal Services Building
                                            1401 JFK Boulevard, 5th Floor
                                            Philadelphia, PA  19102-1595
                                            215-686-0503 (phone)
                                            Email: Megan.Harper@phila.gov