# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Helen M. Shiffler<br>　　　　　　　　　　Debtor<br><br>The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Benefit Of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1, its successors and/or assigns<br>　　　　　　　　　　Movant<br>　　vs.<br><br>Helen M. Shiffler<br>　　　　　　　　　　Debtor<br><br>Kenneth E. West, Trustee<br>　　　　　　　　　　Trustee | CHAPTER 13<br><br><br><br>NO. 23-10625 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of The Bank of New York Mellon FKA The Bank of New York, As Trustee for the Benefit Of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1, which was filed with the Court on or about January 16, 2024.

Dated: May 10, 2024

　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　/s/Denise Carlon
　　　　　　　　　　　　　　　　　　　　　　Denise Carlon, Esq.
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　Phone: (215) 627-1322
　　　　　　　　　　　　　　　　　　　　　　dcarlon@kmllawgroup.com