Bradly E. Allen
Attorney at Law
I.D. No.: 35053
7711 Castor Avenue
Philadelphia, PA 19152
T: (215) 725-4242
F: (215) 724-8288
bealaw@verizon.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Helen M. Shiffler    :    CASE NO.: 23-10625-amc
       Debtor

                                           :    CHAPTER 13

**CERTIFICATE OF SERVICE**

     I, Bradly E. Allen, Attorney for Debtor, do hereby certify that on June 11, 2024 I served either electronically or by regular, First Class Mail, a copy of Pre-Confirmation Certification of Compliance with Post Petition Obligations in Accordance with U.S.C. Section 1325(a)(6), 1325(a)(8) and (a)(9) to the following:

Helen M. Shiffler
2624 Cedar Street
Philadelphia, PA 19125

Kenneth E. West, Chapter 13 Trustee
Electronically

United States Trustee
Electronically

Dated: June 11, 2024

                                                          By: /s/ Bradly E. Allen
                                                               Bradly E. Allen, Esquire
                                                               Attorney for Debtor