United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Helen M. Shiffler  
    Debtor

Case No. 23-10625-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Jun 20, 2024      Form ID: 155      Total Noticed: 15

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 22, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Helen M. Shiffler, 2624 Cedar Street, Philadelphia, PA 19125-2333 |
| 14762229 | + | Shellpoint Mortgage, 75 Beattie Pl, Suite LL202, Greenville, SC 29601-2155 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14762233 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | Water Revenue Bureau, P. O. Box 41496, Philadelphia, PA 19101-1496 |
| 14786848 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14806095 | | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14762227 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Jun 21 2024 07:28:00 | IRS, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14767895 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14762228 | ^ | MEBN | Jun 21 2024 07:19:00 | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 14762600 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jun 21 2024 07:28:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14762230 | + | Email/Text: PDELINQ@sba.gov | Jun 21 2024 07:28:00 | Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 14781552 | | Email/Text: mtgbk@shellpointmtg.com | Jun 21 2024 07:27:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 14762231 | ^ | MEBN | Jun 21 2024 07:19:18 | The Bank of New York Mellon, c/o Stern & Eisenberg, PC, 1581 Main St., Suite 200, Warrington, PA 18976-3403 |
| 14786485 | ^ | MEBN | Jun 21 2024 07:19:09 | The Bank of New York Mellon, c/o KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14777841 | + | Email/PDF: ebn_ais@aisinfo.com | Jun 21 2024 07:40:31 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14762232 | + | Email/Text: megan.harper@phila.gov | Jun 21 2024 07:28:00 | Water Revenue Bureau, C/O City Of Phila. Law |

District/off: 0313-2  User: admin  Page 2 of 2
Date Rcvd: Jun 20, 2024  Form ID: 155  Total Noticed: 15

Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14762602 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 22, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 20, 2024 at the address(es) listed below:

**Name** — **Email Address**

BRADLY E ALLEN
on behalf of Debtor Helen M. Shiffler bealaw@verizon.net

DENISE ELIZABETH CARLON
on behalf of Creditor The Bank of New York Mellon FKA The Bank Of New York As Trustee for the Benefit Of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1 bkgroup@kmllawgroup.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MEGAN N. HARPER
on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

Form 155 (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
   Helen M. Shiffler  )  Case No. 23−10625−amc

Debtor(s).  )  Chapter: 13

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

**AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

**A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

**B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

**C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: June 20, 2024

For The Court

Ashely M. Chan  
Chief Judge, United States Bankruptcy Court