**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**
**(PHILADELPHIA)**

| | |
|---|---|
| IN RE: ) | |
| HELEN M. SHIFFLER, ) | CASE NO.: 23-10625-DJB |
| ) | **CHAPTER 13** |
| DEBTOR. ) | **JUDGE DEREK J BAKER** |
| ) | |
| THE BANK OF NEW YORK MELLON FKA THE ) | |
| BANK OF NEW YORK, AS INDENTURE ) | |
| TRUSTEE FOR THE CERTIFICATEHOLDERS ) | |
| OF THE CWABS INC., ASSET-BACKED ) | |
| CERTIFICATES, SERIES 2007-SD1, ) | |
| ) | |
| CREDITOR. ) | |
| ) | |
| HELEN M. SHIFFLER, DEBTOR, ) | |
| AND KENNETH E. WEST, TRUSTEE, ) | |
| ) | |
| RESPONDENTS. ) | |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS INDENTURE TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

**DATED** this 25th day of July 2025

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this 25th day of July 2025.

*<u>VIA U.S. MAIL</u>*

*<u>DEBTOR</u>*
HELEN M. SHIFFLER
2624 CEDAR STREET
PHILADELPHIA, PA 19125

*<u>VIA ELECTRONIC NOTICE</u>*

*<u>ATTORNEYS FOR DEBTOR</u>*
BRADLY E ALLEN
LAW OFFICES OF BRADLY ALLEN
7711 CASTOR AVENUE
PHILADELPHIA, PA 19152

*<u>TRUSTEE</u>*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106

*<u>U.S. TRUSTEE</u>*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107

/s/ *Joshua I. Goldman*
Joshua I. Goldman, Esq
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
Josh.goldman@padgettlawgroup.com
*Counsel for Creditor*