# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA
### (PHILADELPHIA)

| | | |
|---|---|---|
| IN RE: | ) | |
| HELEN M. SHIFFLER, | ) | CASE NO.: 23-10625-DJB |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | JUDGE DEREK J BAKER |
| | ) | |
| THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS INDENTURE TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1, | ) ) ) ) ) ) | |
| MOVANT. | ) ) | |
| HELEN M. SHIFFLER, DEBTOR, AND KENNETH E. WEST, TRUSTEE, | ) ) ) | |
| RESPONDENTS. | ) | |

## NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS INDENTURE TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1 has filed a Motion for Relief from Stay, with the court for Relief from the Automatic Stay of Section 362.

**Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. **(If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion, then on or before **September 4, 2025,** you or your attorney must do all of the following:
(a) file an answer explaining your position at:

United States Bankruptcy Court
900 Market Street, Suite 400
Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(b) mail a copy to Movant's attorney:

Joshua I. Goldman, Esq.
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

2.  If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3.  A hearing on the motion is scheduled to be held before the Honorable Derek J. Baker, the United States Bankruptcy Judge, United States Bankruptcy Court, Courtroom 2, at 900 Market Street, Philadelphia, PA 19107 on **September 25, 2025 at 11:00 AM.** as soon thereafter as counsel can be heard, to consider the motion.

4.  You may contact the Bankruptcy Clerk's office for Philadelphia cases at (215) 408-2800 and for Reading cases at 610-208-5040 to find out whether the hearing has been canceled because no one filed a response.

5.  If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

Dated: August 21, 2025

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*

# **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy has been furnished to the parties on the List by electronic notice and/or by First Class U.S. Mail on this  21st  day of August 2025:

### *VIA U.S. MAIL*

*DEBTOR*
HELEN M. SHIFFLER
2624 CEDAR STREET
PHILADELPHIA, PA 19125

### *VIA ELECTRONIC NOTICE*

*ATTORNEYS FOR DEBTOR*
BRADLY E ALLEN
LAW OFFICES OF BRADLY ALLEN
7711 CASTOR AVENUE
PHILADELPHIA, PA 19152
BEALAW@VERIZON.NET

*TRUSTEE*
KENNETH E. WEST
OFFICE OF THE CHAPTER 13 STANDING TRUSTEE
190 N. INDEPENDENCE MALL WEST
SUITE 701
PHILADELPHIA, PA 19106
ECFEMAILS@PH13TRUSTEE.COM

*U.S. TRUSTEE*
OFFICE OF UNITED STATES TRUSTEE
ROBERT N.C. NIX FEDERAL BUILDING
900 MARKET STREET
SUITE 320
PHILADELPHIA, PA 19107
USTPREGION03.PH.ECF@USDOJ.GOV

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar # 205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Movant*