## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: Helen M. Shiffler        :CHAPTER 13 No. 23-10625/djb
      Debtor

The Bank of New York Mellon fka The        :
Bank of New York, As Indenture Trustee
For the Certificate Holders of The CWABs, Inc.
Asset-Backed Certificates, Series 2007-SD1
      Movant

      v.

Helen M. Shiffler, Debtor and
Kenneth E. West, Trustee
      Respondents

---

## DEBTOR'S RESPONSE TO MOTION FOR RELIEF OF THE BANK OF NEW YORK, ET AL

1. Denied. The averments in this paragraph is a legal conclusion to which no response is required.
2. Admitted.
3. Denied. The averments in this paragraph is a legal conclusion to which no response is required.
4. Admitted.
5. Admitted in part, denied in part. It is admitted that Debtor has missed some of her post-petition mortgage payments, but it is denied that she has missed payments from December/2024 through July/2025.
6. Denied. The averments in this paragraph is a legal conclusion to which no response is required.
7. Denied. The averments in this paragraph is a legal conclusion to which no response is required.
8. Denied. The averments in this paragraph is a legal conclusion to which no

      response is required.

9. Denied. The averments in this paragraph is a legal conclusion to which no response is required

10. Denied. The averments in this paragraph is a legal conclusion to which no response is required

11. Denied. The averments in this paragraph is a legal conclusion to which no response is required

WHEREFORE, Debtor respectfully request that Movant's Motion for Relief be denied.

Dated: September 2, 2025            s/Bradly E. Allen, Esquire
BRADLY E. ALLEN,
Attorney for Debtor
7711 Castor Ave.
Philadelphia, PA 19152
P-215-725-4242

**fIN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                           : CHAPTER 13

      Helen M. Shiffler

                                  : NO.23-10625/djb

         Debtor

## ORDER

**AND NOW**, this _____ day of _____, 2025 upon consideration of the Motion of Movant for Relief From the Automatic Stay and Debtor's Response,

**IT IS HEREBY ORDERED** and Decreed that Movant's Motion for Relief is denied.

BY THE COURT;

_____
**HONORABLE DEREK, J BAKER
U.S.BANKRUPTCY JUDGE**