Bradly E. Allen
Attorney at Law
I.D. No.: 35053
7711 Castor Avenue
Philadelphia, PA 19152
T: (215) 725-4242
F: (215) 724-8288
bealaw@verizon.net

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Helen M. Shiffler | : | CASE NO.: 23-10625-djb |
| Debtor | | |
| | : | CHAPTER 13 |

**CERTIFICATE OF SERVICE**

    I, Bradly E. Allen, Attorney for Debtor, do hereby certify that on September 2, 2025 I served either electronically or by regular, First Class Mail, a copy of Debtor's Response to Motion for Relief of The Bank of New York to the following:

First class mail:
Helen M. Shiffler
2624 Cedar Street
Philadelphia, PA 19125

Electronic notice:
Josh Goldman on behalf of The Bank of New York
Josh.Goldman@padgettlawgroup.com

Kenneth E. West, Chapter 13 Trustee
ecfemails@ph13trustee.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov


Dated: September 2, 2025

                                                        By: /s/ Bradly E. Allen
                                                           Bradly E. Allen, Esquire
                                                           Attorney for Debtor