United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-10625-djb |
| Helen M. Shiffler | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Oct 10, 2025 | Form ID: pdf900 | Total Noticed: 18 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Helen M. Shiffler, 2624 Cedar Street, Philadelphia, PA 19125-2333 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 11 2025 00:56:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | | Email/Text: megan.harper@phila.gov | Oct 11 2025 00:56:00 | City of Philadelphia, Law Department- Tax & Revenue Unit, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14762233 | | Email/Text: megan.harper@phila.gov | Oct 11 2025 00:56:00 | Water Revenue Bureau, P. O. Box 41496, Philadelphia, PA 19101-1496 |
| 14786848 | | Email/Text: megan.harper@phila.gov | Oct 11 2025 00:56:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14806095 | | Email/Text: megan.harper@phila.gov | Oct 11 2025 00:56:00 | City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14762227 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 11 2025 00:56:00 | IRS, P. O. Box 7346, Philadelphia, PA 19101-7346 |
| 14767895 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2025 00:56:00 | PA Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14762228 | ^ | MEBN | Oct 11 2025 00:30:20 | PGW, 800 W. Montgomery Avenue, Philadelpihia, PA 19122-2806 |
| 14762600 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 11 2025 00:56:00 | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |
| 14762229 | ^ | MEBN | Oct 11 2025 00:30:33 | Shellpoint Mortgage, 75 Beattie Pl, Suite LL202, Greenville, SC 29601-2155 |
| 14762230 | + | Email/Text: PDELINQ@sba.gov | Oct 11 2025 00:56:00 | Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 14781552 | | Email/Text: mtgbk@shellpointmtg.com | Oct 11 2025 00:56:00 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Bankruptcy Department, PO Box 10826, Greenville, SC 29603-0826 |
| 15033160 | ^ | MEBN | Oct 11 2025 00:30:33 | THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO, Joshua I. Goldman, |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 10, 2025 | Form ID: pdf900 | Total Noticed: 18 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Esq, Padgett Law Group, 6267 Old Water Oak Road, Suite 203, Tallahassee, FL 32312-3858 |
| 14762231 | ^ | MEBN | Oct 11 2025 00:30:21 | The Bank of New York Mellon, c/o Stern & Eisenberg, PC, 1581 Main St., Suite 200, Warrington, PA 18976-3403 |
| 14786485 | ^ | MEBN | Oct 11 2025 00:30:17 | The Bank of New York Mellon, c/o KML Law Group PC, 701 Market St., Ste. 5000, Phila., PA 19106-1541 |
| 14777841 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 11 2025 01:44:21 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14762232 | + | Email/Text: megan.harper@phila.gov | Oct 11 2025 00:56:00 | Water Revenue Bureau, C/O City Of Phila. Law Department, 1401 JFK Boulevard, 5th Floor, Philadelphia, PA 19102-1663 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14762602 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg PA 17128-0946 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2025        Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2025 at the address(es) listed below:

**Name** | **Email Address**

BRADLY E ALLEN
on behalf of Debtor Helen M. Shiffler bealaw@verizon.net

DENISE ELIZABETH CARLON
on behalf of Creditor The Bank of New York Mellon FKA The Bank Of New York As Trustee for the Benefit Of The Certificateholders of The CWABS Inc., Asset-Backed Certificates, Series 2007-SD1 bkgroup@kmllawgroup.com

JOSHUA I. GOLDMAN
on behalf of Creditor THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS INDENTURE TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2007-SD1 Josh.Goldman@padgettlawgroup.com, bkecf@padgettlawgroup.com;josh.goldman@ecf.CourtDrive.com

KENNETH E. WEST
ecfemails@ph13trustee.com philaecf@gmail.com

MEGAN N. HARPER
on behalf of Creditor City of Philadelphia megan.harper@phila.gov Edelyne.Jean-Baptiste@Phila.gov

United States Trustee

District/off: 0313-2 | User: admin | Page 3 of 3
Date Rcvd: Oct 10, 2025 | Form ID: pdf900 | Total Noticed: 18

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    HELEN M. SHIFFLER<br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 23-10625-DJB |

ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed and the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_____
Honorable Derek J. Baker
Bankruptcy Judge

**Date: October 9, 2025**